UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-10001-RCL

ARTHUR H. MILLS,
       Plaintiff,

v.

SNAP-ON INCORPORATED
       Defendant.

### DEFENDANT SNAP-ON TOOLS COMPANY, LLC'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules for the United States District Court for the District of Massachusetts, Snap-on Tools Company, LLC states that it has a parent corporation, Snap-on Incorporated, which is a publicly held corporation.

       Defendant,
       Snap-on Tools Company, LLC
       By its attorneys,

       Peter M. Durney, BBO# 139260
       Gregg P. Bailey, BBO# 638270
       CORNELL & GOLLUB
       75 Federal Street
       Boston, MA 02110
       (617) 482-8100

### CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the 2nd day of February 2004, a true copy of the foregoing Defendant Snap-on

2

Tools Company, LLC's Corporate Disclosure Statement, was served by mail, postage prepaid, directed to:

David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

Gregg P. Bailey