AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Arthur H. Mills

v.

Snap-On Incorporated

CASE

**SUMMONS IN A CIVIL CASE**

04 10001 RCL

TO: (Name and address of Defendant)

> Snap-On Incorporated
> 10801 Corporate Drive
> Pleasant Prairie, WI 53158

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Edward M. Swartz/David P. Angueira, Esq.
> Swartz & Swartz
> 10 Marshall Street
> Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  JEC 5 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | January 8, 2004 |
| NAME OF SERVER *(PRINT)* <br> David P. Angueira | TITLE <br> Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): <u>Certified Mail, service was made pursuant to Federal Rules of Civil Procedure, Rule 4(h)(1),4(m) and 4(l) by mailing a copy of same, certified mail return receipt requested. See attached in Compliance with Rule 4(h).</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



1. Article Addressed to:
Office of the President
Snap-On Incorporated
10801 Corporate Drive
Pleasant Prairie, WI 53158

2. Article Number (Transfer from service label)
7001 1940 0004 9541 8872

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540