UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-CV-10001-RCL

| | |
|---|---|
| ARTHUR H. MILLS, | ) |
| Plaintiff, | ) |
| v. | ) |
| SNAP-ON INCORPORATED, | ) |
| Defendant | ) |

## AFFIDAVIT IN COMPLIANCE WITH RULE 4(h)

I, David P. Angueria, attorney for the above-named Plaintiff, make oath that on or about January 8, 2004, I served a copy of Plaintiff's Complaint and Demand for Jury Trial, Civil Action No.1:04-CV-10001-RCL, and Summons to Office of the President, Snap-On Incorporated pursuant to Federal Rules of Civil Procedure 4(h)(1) and 4(m). Said documents were sent by certified mail, return receipt requested, addressed to: Office of the President, Snap-On Incorporated, 10801 Corporate Drive, Pleasant Prairie, WI 53158.

Return receipt is attached to this Affidavit and made a part of the docket, all in accordance with Federal Rules of Civil Procedure (4)(l).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF February 2004.

David P. Angueira, BBO#489540