UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



CIVIL ACTION NO.:1:04-CV-10001-RCL

ARTHUR H. MILLS,
    Plaintiff,

v.

SNAP-ON INCORPORATED
    Defendant.

## DEFENDANT SNAP-ON TOOLS COMPANY, LLC'S ASSENTED TO MOTION FOR CONTINUANCE

Defendant Snap-on Tools Company, LLC ("Snap-on" and/or "defendant") hereby moves for a continuance of the Scheduling Conference scheduled for March 17, 2003 as its attorney, Peter M. Durney, who is its senior counsel with responsibility for this litigation and with authority for settlement decisions in this litigation, is unavailable on that date. More particularly, defendant Snap-on states as follows:

1. The Court has ordered an initial Scheduling Conference in the above matter for March 17, 2004 by Order dated February 9, 2004.

2. Attorney Peter M. Durney is not available on March 17, 2004, as he will be out of the country on that date and will return to the office on March 29, 2004. This commitment existed before the Court set the March 17, 2004 Scheduling Conference.

3. Attorney Durney is Snap-on's lead counsel in this case. He is the senior attorney responsible for the case and is responsible for any settlement discussions or decisions.

4. Snap-on understands the importance of attendance by the senior attorney responsible for the case at the Scheduling Conference and, therefore, requests that an alternative date be provided so that undersigned counsel may attend.

5. Counsel for Plaintiff has assented to this motion.

WHEREFORE, defendant Snap-on Tools Company, LLC requests that its Motion for Continuance be granted.

        Defendant,
        Snap-on Tools Company, LLC
        By its attorneys,

        Peter M. Durney, BBO# 139260
        CORNELL & GOLLUB
        75 Federal Street
        Boston, MA 02110
        (617) 482-8100

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the 15th day of March 2004, a true copy of the foregoing, Defendant Snap-on Tool Company, LLC's Assented to Motion for Continuance, was served by mail, postage prepaid, directed to:

David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

_____
Peter M. Durney