UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:1:04-CV-10001-RCL

ARTHUR H. MILLS,
    Plaintiff,

v.

SNAP-ON INCORPORATED
    Defendant.

## JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to United States District Court Local Rule 16.1(D), the parties propose the following schedule for the subject litigation:

## I. JOINT DISCOVERY PLAN AND FILING OF MOTIONS

1. Discovery shall be completed by April 15, 2005.

2. All motions pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 shall be filed no later than July 9, 2004.

3. Discovery shall commence on March 8, 2004. All requests for production of documents pursuant to Fed. R. Civ. P. 34 and all interrogatories propounded pursuant to Fed. R. Civ. P. 33 shall be served no later than November 1, 2004. All answers/responses to the written discovery indicated above shall be served no later than December 15, 2004.

4. All motions pursuant to Fed. R. Civ. P. 14 shall be filed by October 1, 2004.

5. All factual depositions (non-expert witnesses) shall be concluded no later than January 17, 2005.

6. Plaintiff's counsel agrees to provide all of the medical records of plaintiff, which are presently due under Local Rule 35.1.

7. The number of non-expert depositions that each side may take is limited to 10, exclusive of any Keeper of Records depositions.

8. Plaintiff shall identify his experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before February 1, 2005.

9. Defendant shall identify its experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before March 15, 2005.

10. The experts may be deposed. The parties shall pay reasonable expert fees as provided under Rule 26a(4)(C). The depositions of the experts shall be taken in the area the expert has his place of business, unless otherwise agreed upon by the parties. Plaintiff's experts shall be deposed by March 1, 2005. Defendant's experts shall be deposed by April 15, 2005.

11. All discovery motions under Rule 37 shall be filed on or before February 1, 2005.

12. All dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56 shall be filed on or before May 16, 2005.

13. A final pretrial conference shall be scheduled by the Court on or some time following June 15, 2005.

14. The parties expect to be ready for trial by August, 2005.

## II. TRIAL BEFORE A MAGISTRATE

The parties do not consent to having this case tried before a magistrate.

## III. CERTIFICATIONS

The parties' counsel have conferred with their clients as to establishing a budget or cost for the litigation and with respect to ADR programs. Certificates Pursuant to Local Rule 16.1(D)(3) will be submitted separately.

*David Angueira / GPB*
Plaintiff,
Arthur H. Mills,
By His Attorney,
David P. Angueira, BBO #019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA 02108

*Gregg Bailey*
Defendant,
Snap-on Tools Company, LLC
By Its Attorneys,
Peter M. Durney, BBO #139260
Gregg P. Bailey, BBO #648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110

### CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the 10th day of March 2004, a true copy of the foregoing, Joint Statement of the Parties Pursuant to Local Rule 16.1(D), was served by mail, postage prepaid, directed to:

David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

Gregg P. Bailey

## CORNELL & GOLLUB
ATTORNEYS AT LAW
75 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917
cgmail@cornellgollub.com

DAVID H. SEMPERT
PETER M. DURNEY°+
DAVID W. McGOUGH**
THOMAS A. PURSLEY◊
MARIE CHADEAYNE CHAFE△
JAMES P. KERR
PATRICIA A. HARTNETT◊
STEPHANIE LYONS SULLIVAN
MATTHEW J. ZAMALOFF*
GREGG P. BAILEY
MARCI J. SHYAVITZ
CHRISTINE A. KNIPPER
TRACY L. KORAL
OF COUNSEL
PHILIP J. FOLEY*

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1985)

RHODE ISLAND OFFICE

148 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879

TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

△ ALSO ADMITTED IN CONNECTICUT
* ALSO ADMITTED IN MAINE
+ ALSO ADMITTED IN NEW HAMPSHIRE
☆ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN RHODE ISLAND

March 10, 2004

Civil Clerk's Office
United States District Court for the District
 of Massachusetts -
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

**VIA HAND DELIVERY**

RE:   Arthur H. Mills v. Snap-on Incorporated; C.A. No.: 04CV10001RCL

Documents:   1.   Joint Statement of the Parties Pursuant to Local Rule 16.1(D).

Dear Sir/Madam:

Enclosed for filing please find the document described above.

Very truly yours,

Gregg P. Bailey

GPB/bmh
Enclosure
cc:   David P. Angueira  (via first-class mail)