UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:1:04-CV-10001-RCL

ARTHUR H. MILLS,
    Plaintiff,

v.

SNAP-ON INCORPORATED
    Defendant.

## LOCAL RULE 16.1(D)(3) CERTIFICATION
## OF SNAP-ON TOOLS COMPANY, LLC

Pursuant to United States District Court Local Rule 16.1(D)(3), Defendant Snap-on Tools Company, LLC, through its authorized representative, certifies that it has conferred with undersigned counsel regarding the budget for the costs of conducting the full course, including various alternative courses, of this litigation. Defendant and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local Rule 16.4.

_____
Michael Schmidlkofer, Esq.
Corporate Claims Manager
Snap-on Tools Company, LLC
10801 Corporate Drive
Pleasant Prairie, WI 53158

_____
Snap-on Tools Company, LLC
By Its Attorneys,
Peter M. Durney, BBO# 139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110

## CERTIFICATE OF SERVICE

    I, Gregg P. Bailey, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the _2nd_ day of April, 2004, a true copy of the foregoing Local Rule 16.1(D)(3) Certification of Snap-on Tools Company, LLC, was served by mail, postage prepaid, directed to:

David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA  02108

                                  _____
                                  Gregg P. Bailey