UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:1:04-CV-10001-RCL

ARTHUR H. MILLS,
Plaintiff,

v.

SNAP-ON INCORPORATED
Defendant.

**DEFENDANT SNAP-ON TOOLS COMPANY, LLC'S**
**INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), defendant Snap-on Tools Company, LLC ("Snap-on" or "defendant") respectfully submits its initial disclosure statement. In accordance with Rule 26(a)(1), defendant hereby makes its initial disclosures based upon information reasonably available to it at this time.

A.  **Rule 26(a)(1)(A)**

> **[T]he name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

1. Arthur H. Mills
   Ashland, Massachusetts
   (plaintiff)

2. Leaseway Auto Carrier
   35 Western Avenue
   Framingham, Massachusetts
   (Plaintiff's employer at time of accident based upon information and belief)

3.  Charles Kevorkian
    1026 Belmont Street
    Watertown, Massachusetts
    (Snap-on dealer in Framingham area that may have have sold products to plaintiff)

4.  Commonwealth of Massachusetts
    Department of Industrial Accidents
    600 Washington Street
    Boston, Massachusetts
    (Workers' Compensation hearing board)

Further discovery and developments in this case may dictate the need to identify additional individuals likely to possess discoverable information that defendant may use to support its claims or defenses.

### B. Rule 26(a)(1)(B)

> **[A] copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the party may use to support its claims or defenses, unless solely for impeachment.**

The defendant identifies the following as documents that it may use to support its claims or defenses in this case:

1.  AT425A Air Sander: Instructions, Form ZAT425A, dated 6-84;

2.  Warning Label of AT425A;

3.  Snap-on Tools Corporation: YEAR MARKS FOR SNAP-ON AND BLUE-POINT TOOLS., to be produced only upon entry of an appropriate Protective Order;

4.  Parts List: Snap-on Tools/Blue-Point Power Tools, AT425A 5" High Speed Sander, to be produced only upon entry of an appropriate Protective Order;

5. American National Standard: Safety Requirements for the use, care and protection of abrasive wheels, dated Sep. 30, 1997;

6. The subject AT425A air sander in plaintiff's possession;

7. The subject grinding disks in plaintiff's possession; and

8. The exemplar grinding disks in plaintiff's possession.

Further discovery and developments in this case may dictate the need to identify additional relevant documents and/or tangible objects that defendant may use to support its claims or defenses.

C. **Rule 26(a)(1)(C)**

> **[A] computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

D. **Rule 26(a)(1)(D)**

> **[F]or inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Defendant identifies and agrees to produce the declarations page of the following insurance agreement:

Mitsui Marine & Fire Insurance Co., Ltd.
**Insured:** K.K.U., Limited
**Additional Named Insured:** Snap-on Incorporated and its subsidiaries
**Policy Term:** January 1, 2001 to January 1, 2002
**Policy Number:** 1100845094

3

Dated this 2nd day of April 2004.

                        Defendant,
                        Snap-on Tools Company, LLC
                        By its attorneys,

                        Peter M. Durney, BBO# 139260
                        Gregg P. Bailey, BBO# 648259
                        CORNELL & GOLLUB
                        75 Federal Street
                        Boston, MA  02110
                        (617) 482-8100

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the 2nd day of April, 2004, a true copy of the foregoing Defendant Snap-on Tools Company, LLC's Initial Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1), was served by mail, postage prepaid, directed to:

David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA  02108

                        Gregg P. Bailey