UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-CV-10001-RCL

| | |
|---|---|
| ARTHUR H. MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SNAP-ON INCORPORATED, | ) |
| | ) |
| Defendant | ) |

### PLAINTIFF'S ASSENTED TO MOTION FOR CONTINUANCE

Now come the parties and jointly move that the Court enter an order continuing the date of the Scheduling Conference in this matter from its present date of April 21, 2004 to a date convenient to the Court in May, 2004. For the following reasons:

1. Attorney David Angueira is not available on April 21, 2004, as he will be out of the country on that date and will return to the office on April 26, 2004.

2. Defense counsel has notified us they have a pending trial scheduled for April 28, 2004 and is expected to go for four to six weeks.

3. Counsel for Defendant has assented to this motion.

WHEREFORE, the parties respectfully request that the court enter an order continuing the Scheduling Conference to a date in May 2004.

| | |
|---|---|
| The Plaintiff,<br>Arthur H. Mills,<br>By His Attorneys, | The Defendant,<br>Snap-on Tools Company, LLC<br>By its Attorneys, |
| /s/ Edward M. Swartz<br>Edward M. Swartz<br>BBO #489540<br>David P. Angueira<br>BBO # 019610<br>Swartz & Swartz<br>10 Marshall Street<br>Boston, MA 02108<br>(617) 742-1900 | /s/ Peter M. Durney (PPA)<br>Peter M. Durney,<br>BBO#139260<br>Gregg P. Bailey<br>BBO #648259<br>Cornell & Gollub<br>75 Federal Street<br>Boston, MA 02110<br>(617) 482-8100 |

## CERTIFICATE OF SERVICE

I, David P. Angueira, counsel for the Plaintiffs in the above matter, do hereby certify that I have this date served a copy of *Plaintiff's Assented to Motion for Continuance* document upon counsel for the defendant by mailing same via U.S. Mail, postage prepaid, or other indicated mode of transmittal, to the following address:

Peter M. Durney, Esq.
Gregg P. Bailey
Cornell & Gollub
75 Federal Street
Boston, MA 02110
(617) 482-8100

Dated: 4/6/04

/s/ David P. Angueira