UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-CV-10001-RCL

| | |
|---|---|
| ARTHUR H. MILLS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| SNAP-ON INCORPORATED, | ) ) |
| Defendant | ) ) ) |

## PLAINTIFF'S, ARTHUR H. MILLS, INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiff Arthur H. Mills ("plaintiff") respectfully submits his initial disclosure statement. In accordance with Rule 26(a)(1), plaintiff hereby makes his initial disclosures based upon information reasonably available to him at the time.

A.  **Rule 26(a)(1)(A)**
   **[T]he name and, if known the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

   1. Arthur H. Mills
      174 Cordaville
      Ashland, MA 01721
      (plaintiff)

1

2. Karl Reed (Foreman)
   Leaseway Auto Carrier
   35 Western Avenue
   Framingham, Massachusetts

3. Steve Pavalonis (Co-worker)
   Leaseway Auto Carrier
   35 Western Avenue
   Framingham, Massachusetts

4. Dr. Friedman
   Leonard Morse Hospital
   67 Union Avenue
   Natick, MA 01760

5. Dr. Krause, Urologist
   Leonard Morse Hospital
   67 Union Avenue
   Natick, MA 01760

6. Diana Mills (Sister)
   73 Evergreen Road
   Natick, MA 01760

7. David E. Mills (Father)
   174 Cordaville
   Ashland, MA 01721

Further discovery and developments in this case may dictate the need to identify additional individuals likely to possess discoverable information that the plaintiff may use to support its claims or defenses.

**B.   Rule 26(a)(1)(B)**
**[A] copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the party may use to support its claims or defenses, unless solely for impeachment.**

2

The plaintiff identifies the following as documents that it may use to support its claims or defenses in this case:

1. The subject AT425A air disc sander in plaintiff's possession;

2. The subject grinding disks in plaintiff's possession; and

3. The exemplar grinding disks in plaintiff's possession.

Further discovery and developments in this case may dictate the need to identify additional relevant documents and/or tangible objects that plaintiff may use to support its claims or defenses.

C. **Rule 26(a)(1)(C)**
**[A] computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

1. Plaintiff's Medical Bills
   Metrowest Medical Center
   Leonard Morse Hospital
   67 Union Street
   Natick, MA 01760

   Amount: $ 15, 170. 38

2. Plaintiff's Lost Wages
   Amount: $ 6,750.00

3. Plaintiff's Pain and Suffering
   Amount: $250,000

4. Plaintiff's Scarring and Disfigurement
   Amount: $500, 000

3

Further discovery and development of damages in this case may dictate the need to identify additional relevant documents on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

D. **Rule 26(a)(1)(D)**
**[F]or inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Dated this /3 day of April 2004.

                Plaintiff
                Arthur H. Mills
                By His Attorneys,

                Edward M. Swartz, BBO#489540
                David P. Angueira, BBO#019610
                SWARTZ & SWARTZ
                10 Marshall Street
                Boston, MA  02108
                (617) 742-1900

## CERTIFICATE OF SERVICE

    I, David P. Angueira, attorney for the plaintiff, Arthur H. Mills, hereby certify that on the ___13__ day of April, 2004, a true copy of the foregoing Plaintiff Arthur H. Mills' Initial Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1), was served by mail, postage prepaid, directed to:

Gregg P. Bailey, Esq.
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110

_____
David P. Angueira