UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-CV-10001-RCL

| | |
|---|---|
| ARTHUR H. MILLS, | ) |
| Plaintiff, | ) |
| v. | ) |
| SNAP-ON INCORPORATED, | ) |
| Defendant | ) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF ARTHUR H. MILLS

Pursuant to United States district Court Local Rule 16.1 (D)(3), Plaintiff Arthur H. Mills, through his authorized representative, certifies that he has conferred with undersigned counsel regarding the budget for the costs of conducting the full course, including various alternative courses, of this litigation. Plaintiff and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States district Court Local Rule 16.4.

Edward M. Swartz, BBO#489540
David P. Angueira, BBO#019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA 02108
(617) 742-1900

1

## CERTIFICATE OF SERVICE

I, David P. Angueira, attorney for the plaintiff, Arthur H. Mills, hereby certify that on the 13 day of April, 2004, a true copy of the foregoing Local Rule 16.1(D)(3) Certification of Arthur H. Mills, was served by mail, postage prepaid, directed :

Gregg P. Bailey, Esq.
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110

David P. Angueira