UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 SEP 23  A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.: 1:04-CV-10001-RCL

ARTHUR H. MILLS,
    Plaintiff,

v.

SNAP-ON INCORPORATED
    Defendant.

## SNAP-ON TOOLS COMPANY, LLC'S ASSENTED TO MOTION TO EXTEND DEADLINE FOR RULE 14 MOTIONS

Defendant Snap-on Tools Company, LLC ("Snap-on" and/or "defendant") hereby moves for an extension of the deadline for the filing of Rule 14 Motions, which is currently scheduled for October 1, 2004. More particularly, defendant Snap-on states as follows:

1. This product liability action arises from an accident involving Plaintiff, which allegedly occurred while he was using a disk sander sold and/or distributed by Defendant Snap-on Tools Company, LLC. Plaintiff alleges that the disk being used with the sander exploded into numerous fragments leading to injury.

2. The Court entered a Scheduling Order allowing Rule 14 Motions through October 1, 2004. See ECF Notice of Scheduling Order, dated May 26, 2004, attached as Exhibit A.

3. Based upon information and belief, Plaintiff was injured by a grinding disk manufactured by Norton Abrasives, which is now owned or operated by Saint Gobain Abrasives, Inc.

4. Defendant Snap-on Tools Company, LLC noticed the deposition of Saint Gobain Abrasives for September 23, 2004 so that it could make an informed decision regarding the filing of any Third-Party Complaint. See Notice of Deposition, attached as Exhibit B.

5. Counsel for Saint Gobain Abrasives has advised that the appropriate corporate representative is not available for deposition until October 2004. Counsel for St. Gobain Abrasives has agreed to cooperate in scheduling the deposition to occur in October 2004.

6. The granting of this Motion will not otherwise delay the progress of this action according to the Court's Scheduling Order.

7. Counsel for Plaintiff has assented to this Motion.

WHEREFORE, defendant Snap-on Tools Company, LLC requests that its Motion to Extend Deadline for Rule 14 Motions be granted to allow for such Motions through November 15, 2004.

Defendant,
Snap-on Tools Company, LLC
By its attorneys,

Peter M. Durney, BBO# 139260
Gregg P. Bailey, BBO # 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the 22nd day of September 2004, a true copy of the foregoing, Defendant Snap-on Tool Company, LLC's Assented to Motion to Extend Deadline for Rule 14 Motions, was served by mail, postage prepaid, directed to:

David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA  02108

Gregg P. Bailey