**SMaselli**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Thursday, May 27, 2004 10:38 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-10001-RCL Mills v. Snap-on Incorporated "Scheduling Conference"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Hourihan, Lisa entered on 5/27/2004 at 10:38 AM EDT and filed on 5/26/2004

Case Name: Mills v. Snap-on Incorporated
Case Number: 1:04-cv-10001 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?90046

Document Number:
Copy the URL address on the line below into the location bar of your Web browser to view the document:

Docket Text:
Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 5/26/2004. Fact Discovery due by 1/17/05. Motions to bring in third party due by 10/1/04. Plaintiff to Disclose Expert by 2/1/05. Defendant to Disclose Expert by 3/15/05. Amended Pleadings due by 7/9/2004. Discovery due by 4/15/2005. Joinder of Parties due by 7/9/2004. Motions due by 5/16/2005. Last date for discovery motions 2/1/05. (Court Reporter None Present.) (Hourihan, Lisa)

The following document(s) are associated with this transaction:

1:04-cv-10001 Notice will be electronically mailed to:
David P. Angueira                                          dangueira@swartzlaw.com,
attorney@swartzlaw.com;davidangueira@yahoo.com

Gregg P. Bailey                                            gbailey@cornellgollub.com

Peter M. Durney                                            pdurney@cornellgollub.com

Edward M. Swartz                                           attorney@swartzlaw.com


1:04-cv-10001 Notice will not be electronically mailed to: