UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:1:04-CV-10001-RCL

ARTHUR H. MILLS,
    Plaintiff,

v.

SNAP-ON INCORPORATED
    Defendant.

## NOTICE OF TAKING DEPOSITION

TO:    David P. Angueira
        Swartz & Swartz
        Attorneys at Law
        Number Ten Marshall Street
        Boston, MA 02108

    Please take notice that, at 10:00 a.m. on Thursday, September 23, 2004 at the offices of Cornell & Gollub, 75 Federal Street, Boston, MA, the defendant, Snap-on Tools Company, LLC, in this action, by its attorneys, will take the deposition upon oral examination of **Saint-Gobain Abrasives, Inc., 1 New Bond Street, Worcester, Massachusetts 01615**, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, before a Notary Public, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

    The deponent shall designate one or more persons to testify on its behalf as to matters known or reasonably available to said corporation in connection with the matters listed on the attached Schedule A.

The deponent shall also produce for inspection and photocopying pursuant to Rule 45 of the Federal Rules of Civil Procedure the documents, writings, photographs and tangible things designated in the attached Schedule B.

You are invited to attend and cross-examine.

Respectfully,

*[signature]*
Peter M. Durney, BBO# 139260
Gregg P. Bailey, BBO# 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the 31st day of August, 2004, a true copy of the foregoing, Notice of Taking Deposition, was served by mail, postage prepaid, directed to:

David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

*[signature]*
Gregg P. Bailey

# SCHEDULE A

## Areas of Examination

A. Definitions

1. "Norzon Depressed Center Grinding Discs" refers to all Type 27 & 28 models, versions, and predecessor models by the same description.

2. "Norton Abrasives" refers to any and all divisions, departments, and/or other subsidiaries of Saint-Gobain Abrasives, Inc. that are or have been involved in the manufacture, design, packaging, sale, advertisement, or distribution of Norzon Depressed Center Grinding Discs.

3. "And" and "or" are to be construed as "and/or."

B. Matters Designated For Deposition

1. The design, intended applications for, and products compatible with Norton Abrasives' Norzon Depressed Center Grinding Discs, both Type 27 and 28.

2. The types, locations, and substance of instructions, warnings, and other materials that accompanied Norton Abrasives' Norzon Depressed Center Grinding Discs, both Type 27 and 28, in and around January 5, 2001.

3. The use and applications of the above identified grinding discs with tools, sanders, and/or grinders with the "Snap-on" brand name.

4. Any and all recalls regarding the above identified grinding discs.

5. Any and all safety and/or instructional materials provided by or otherwise available to the public through Norton Abrasives or any of its affiliates and/or parent companies.

## SCHEDULE B

### Document Request

A. Definitions

1. "Norzon Depressed Center Grinding Discs" refers to all Type 27 & 28 models, versions, and predecessor models by the same description.

2. "Norton Abrasives" refers to any and all divisions, departments, and/or other subsidiaries of Saint-Gobain Abrasives, Inc. that are or have been involved in the manufacture, design, packaging, sale, advertisement, or distribution of Norzon Depressed Center Grinding Discs.

3. "And" and "or" are to be construed as "and/or."

B. Documents Requested

1. Any and all documents concerning the design, intended applications for, and products compatible with Norton Abrasives' Norzon Depressed Center Grinding Discs, both Type 27 and 28.

2. Any and all documents indicating, referring to, or identifying the types, locations, and substance of instructions, warnings, and other materials that accompanied Norton Abrasives' Norzon Depressed Center Grinding Discs, both Type 27 and 28, in and around January 5, 2001.

3. Any and all documents concerning the use and applications of the above identified grinding discs with tools, sanders, and/or grinders with the "Snap-on" brand name.

4. Any and all documents relating to or concerning recalls involving the above identified grinding discs.

5. Any and all safety and/or instructional materials provided by or otherwise available to the public through Norton Abrasives or any of its affiliates and/or parent companies.