UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:1:04-CV-10001-RCL

ARTHUR H. MILLS,
    Plaintiff,

v.

SNAP-ON INCORPORATED
    Defendant.

## SNAP-ON TOOLS COMPANY, LLC'S MOTION TO EXTEND DEADLINE FOR RULE 14 MOTIONS

Defendant Snap-on Tools Company, LLC ("Snap-on" and/or "defendant") hereby moves for an extension of the deadline for the filing of Rule 14 Motions, which is currently scheduled for November 15, 2004. More particularly, defendant Snap-on states as follows:

1. This product liability action arises from an accident involving Plaintiff, which allegedly occurred while he was using a disk sander sold and/or distributed by Defendant Snap-on Tools Company, LLC. Plaintiff alleges that the disk being used with the sander exploded into numerous fragments leading to injury.

2. The Court entered an Order allowing Rule 14 Motions through November 15, 2004 pursuant to an assented to motion by Defendant.

3. Based upon information and belief, Plaintiff was injured by a grinding disk manufactured by

Norton Abrasives, which is now owned or operated by Saint-Gobain Abrasives, Inc.

4. Counsel for Saint-Gobain Abrasives has advised that the appropriate corporate representative is available for deposition in November 2004. Defendant and counsel for Saint-Gobain have agreed to proceed at the earliest convenient date in November.

5. The taking of this deposition will clarify the issues to be considered by Defendant in bringing a Third-Party Complaint under Fed. R. Civ. P. 14.

6. In addition, Defendant needs additional time in order to decide whether to bring a Third-Party action, which decision has been delayed by plaintiff's conduct. Plaintiff has failed to respond to discovery requests, which were due to be served by October 4, 2004. Plaintiff has also failed to provide any medical records under Local Rule 35.1, despite numerous requests by Defendant. Finally, plaintiff has not cooperated in scheduling his deposition, including recently canceling his deposition that was scheduled for October 18, 2004 without providing any alternative dates. As a result, Defendant has extremely limited information regarding the circumstances of the subject accident, plaintiff's allegations, and/or his injuries

7. The granting of this Motion will not otherwise delay the progress of this action according to the Court's original Scheduling Order.

8. Plaintiff will not be prejudiced by any such extension.

WHEREFORE, defendant Snap-on Tools Company, LLC requests that its Motion to Extend Deadline for Rule 14 Motions be granted to allow for such Motions through December 30, 2004.

Defendant,
Snap-on Tools Company, LLC
By its attorneys,

Peter M. Durney, BBO# 139260
Gregg P. Bailey, BBO # 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the 11th day of November 2004, a true copy of the foregoing, Defendant Snap-on Tool Company, LLC's Motion to Extend Deadline for Rule 14 Motions, was served via overnight delivery to:

David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

Gregg P. Bailey