UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:1:04-CV-10001-RCL

ARTHUR H. MILLS,
        Plaintiff,

v.

SNAP-ON INCORPORATED
        Defendant.

### DEFENDANT SNAP-ON TOOLS COMPANY, LLC'S
### MOTION TO COMPEL

Defendant Snap-on Tools Company, LLC ("Snap-on") hereby moves this Court, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, for an order compelling the plaintiff, Arthur Mills, to respond to Snap-on's First Set of Interrogatories and First Set of Requests for Production of Documents and to appear at deposition. As grounds for its motion, Snap-on states as follows:

1. This is a products liability action arising out of an accident that occurred on January 5, 2001 in Framingham, Massachusetts.

2. Arthur Mills alleges that he was working with an AT425A Air Disc Sander distributed by Snap-on on the date of the subject incident. The Plaintiff's Complaint alleges that he sustained serious bodily injuries as a result of some unspecified defective condition of the subject Air Disc Sander.

3. On August 27, 2004, Snap-on served its First Set of Interrogatories and Requests for Production of Documents to Plaintiff Arthur Mills. (Attached hereto as Exhibits A and B). Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, plaintiff's responses were due to be served by October 4, 2004.

4. Despite numerous requests, Snap-on has not received any response to its discovery and no responsive documents have been produced.

5. Plaintiff has also failed to provide Snap-on with any of his medical records under Local Rule 35.1 despite several requests by Snap-on.

6. Plaintiff has also failed to provide or otherwise agree to dates for his deposition in this matter. Plaintiff cancelled a deposition scheduled for October 18, 2004 without providing any alternative dates. Defendant has noticed plaintiff's deposition for January 25, 2005 after consultation with plaintiff's counsel, but to date there has been no confirmation of plaintiff's intent to appear on that date.

WHEREFORE, defendant Snap-on Tools Company, LLC respectfully requests that this Court enter an Order compelling plaintiff Arthur Mills to respond to Defendant Snap-on Tools Company, LLC's First Set of Requests for Production of Documents and First Set of Interrogatories within three (3) days of the Court's allowance of this motion and to appear for his deposition on January 25, 2005.

## REQUEST FOR HEARING

Defendant requests a hearing to assist the Court in ruling on this motion, should it be opposed.

                              Defendant,
                              Snap-on Tools Company, LLC
                              By its attorneys,

                              _____
                              Peter M. Durney, BBO# 139260
                              Gregg P. Bailey, BBO # 648259
                              CORNELL & GOLLUB
                              75 Federal Street
                              Boston, MA 02110
                              (617) 482-8100

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the __11th__ day of January 2005, a true copy of the foregoing, Defendant Snap-on Tool Company, LLC's Motion to Compel, was served by hand delivery to:

David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

                              _____
                              Gregg P. Bailey

DAVID H. SEMPERT
PETER M. DURNEY°+
DAVID W. McGOUGH**+
THOMAS A. PURSLEY◊+
MARIE CHADEAYNE CHAFE△
JAMES P. KERR
PATRICIA A. HARTNETT◊
GREGG P. BAILEY△
MARCI J. SHYAVITZ
CHRISTINE A. KNIPPER
MELANIE M. RAND
ANTHONY J. MANHART°
JAY W. HANNON
OF COUNSEL
PHILIP J. FOLEY*

# CORNELL & GOLLUB
### ATTORNEYS AT LAW
### 75 FEDERAL STREET
### BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917
cgmail@cornellgollub.com

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1985)

RHODE ISLAND OFFICE

148 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879

TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

△ ALSO ADMITTED IN CONNECTICUT
* ALSO ADMITTED IN MAINE
+ ALSO ADMITTED IN NEW HAMPSHIRE
☆ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN RHODE ISLAND

December 27, 2004

David P. Angueira
Swartz & Swartz
Attorneys at Law
Number Ten Marshall Street
Boston, MA 02108

**VIA FACSIMILE**

Re:   Arthur H. Mills v. Snap-On Tools Company

Dear David:

Thank you for your cooperation in agreeing on a schedule for the completion of discovery and plaintiff's deposition in this matter.

As we discussed, because of the seriousness of the allegations and recent delays, we are unable to grant any additional discovery extensions. In addition, you have indicated that you would provide us with discovery responses within two weeks. Please note that if we do not receive your responses by January 10, we will file our Motion to Compel with the Court. Also, it is my understanding that plaintiff's deposition will be held on January 25, 27, or 31. After you have conferred with your client, please confirm one of those dates. In the meantime, I will notice the deposition to occur on January 25, 2004.

Thank you for your assistance in finalizing these matters. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Gregg P. Bailey

GPB/mal