UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:1:04-CV-10001-RCL

ARTHUR H. MILLS,
        Plaintiff,

v.

SNAP-ON INCORPORATED
        Defendant.

## LOCAL RULE 37.1
## CERTIFICATE OF CONSULTATION

    I, Gregg P. Bailey, attorney for defendant Snap-on Tools Company, Inc. hereby certify that pursuant to the requirements of Federal Rule of Civil Procedure 37 (a) & (d) and Rule 37.1 of the Local Rules of the United States District Court for the District of Massachusetts, this office conferred with plaintiff's counsel on December 22, 2004 in a good faith effort to resolve its discovery dispute, which conversation was memorialized by letter dated December 27, 2004. (See Exhibit A). Plaintiff has failed to follow through on the agreement reached on December 22, 2004. In addition, on January 10, 2005, the parties conferred concerning the issues raised by this motion before Defendant filed it.

                                                            Gregg P. Bailey