UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-CV-10001-RCL

| | |
|---|---|
| ARTHUR H. MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| SNAP-ON INCORPORATED, | ) |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

The Plaintiff opposes the Defendant's motion for the following reasons:

1. The Plaintiff's deposition has been confirmed for January 25, 2005
2. The Plaintiff has responded to the Defendant's Request for Documents on January 12, 2005.
3. The Plaintiff has provided answers to the Defendant's Interrogatories on January 25, 2005.

Therefore, all matters raised by the Defendant's motion are moot.

                                                                         The Plaintiff,
                                                                         By his Attorneys,

                                                                         /s/ David P. Angueira
                                                                         _____
                                                                         Edward M. Swartz, BBO#489540
                                                                         David P. Angueira, BBO#019610
                                                                         SWARTZ & SWARTZ
                                                                         10 Marshall Street
                                                                         Boston, MA 02108
                                                                         (617) 742-1900

Dated: January 25, 2005

## **CERTIFICATE OF SERVICE**

      I, David P. Angueira, counsel for the Plaintiffs in the above matter, do hereby certify that I have this date served a copy of *Plaintiff's Opposition to Defendant's Motion to Compel* document upon counsel for the defendant by mailing same via U.S. Mail, postage prepaid, or other indicated mode of transmittal, to the following address:

Gregg P. Bailey, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA  02110
(617) 482-8100

                                                   /s/ David P. Angueira
                                                   David P. Angueira

Dated: January 25, 2005