UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Arthur H. Mills
_____
Plaintiff

v.

Snap-on Incorporated
_____
Defendant

CIVIL ACTION

NO. 04-10001

## ORDER RETURNING PLEADINGS

Lindsay D.J.

On 3/15/05 the Clerk received your Designation and Disclosure of Expert Witness for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( ) The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( ) The papers or documents do not conform to Local Rule 5.1(a) because:

    ( ) Board of Bar Overseers Registration Number has not been provided.

    ( ) 8 1/2" x 11" paper has not been used.

    ( ) A backer is attached.

    ( ) The documents are not properly bound.

    ( ) The text is not double-spaced.

    ( ) The discovery request or response text is not single-spaced.

( ) Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

( ) Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( ) The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

(x) Other Pleadings are to be filed only between the parties, not with the Court.

3/17/05
DATE

Reginald C. Lindsay
UNITED STATES DISTRICT JUDGE

Signed by Deputy Clerk: Don Stanhope

(Retndocs.ord - 09/92)     (o.)