UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 SEP 27 P 2: 09

CIVIL ACTION NO.: 1:04-CV-10001-RCL

U.S. DISTRICT COURT
DISTRICT OF MASS

ARTHUR H. MILLS,
    Plaintiff,

v.

SNAP-ON INCORPORATED
    Defendant.

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the dismissal of all claims with prejudice and without costs to any party.

| Plaintiff, | Defendant, |
|---|---|
| Arthur H. Mills, | Snap-on Tools Company, LLC, |
| By his Attorney, | By its attorneys, |
| | |
| Joseph A. Swartz, Esq. | Peter M. Durney, BBO# 139260 |
| David P. Angucira, BBO# 019610 | Gregg P. Bailey, BBO# 548259 |
| Swartz & Swartz | Cornell & Gollub |
| 10 Marshall Street | 75 Federal Street |
| Boston, MA 02108 | Boston, MA 02110 |
| (617) 742-7010 | (617) 482-8100 |

### CERTIFICATE OF SERVICE

Peter M. Durney

I, ~~Gregg P. Bailey~~, attorney for the defendant, Snap-on Tools Company, LLC, hereby certify that on the 26 day of April 2005, a true copy of the foregoing, Stipulation of Dismissal, was served via first-class mail, postage prepaid, to:

Joseph A. Swartz, Esq.
David P. Angueira, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA 02108

~~Gregg P. Bailey~~
Peter M. Durney

2